UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-63127-BB

SHLOMY HALAWANI, individually and
on behalf of a class of others similarly
situated,

    Plaintiff,

v.

AXZES, LLC,

    Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant, AXZES, LLC ("Defendant"), by and through the undersigned counsel, and pursuant to the Local Rules for the United States District Court, Southern District of Florida, hereby files its *Unopposed* Motion for Extension of Time to Respond to Plaintiff's, SHLOMY HALAWANI, individually and on behalf of a class of others similarly situated, Complaint, and, as grounds thereof, states as follows:

    1.    On or about December 22, 2018, Plaintiff filed its Complaint.

    2.    On or about December 29, 2018, Plaintiff served Defendant with his/her Class Action Complaint.

    3.    Defendant has recently retained the undersigned counsel.

    4.    As such, Defendant needs additional time to respond to Plaintiff's Class Action Complaint.

    5.    This Motion is not sought for purposes of delay and an extension of time to

respond to Plaintiff's Class Action Complaint would not prejudice any of the parties to this action.

6. The undersigned counsel has conferred with Plaintiff's counsel.

7. As a result, the undersigned counsel and Plaintiff's counsel have agreed on the resolution of this Motion, including the relief sought herein.

8. Therefore, Defendant respectfully requests that the Court enter an Order granting this Motion and, thus, providing Defendant with an additional thirty (30) days from the entry of said Order to respond to Plaintiff's Class Action Complaint.

**WHEREFORE**, Defendant, AXZES, LLC, respectfully requests that the Court enter an Order: (1) granting this Motion; (2) providing Defendant, AXZES, LLC, with an additional thirty (30) days from the entry of said Order to respond to Plaintiff's, SHLOMY HALAWANI, individually and on behalf of a class of others similarly situated, Complaint; and (3) granting any other relief deemed just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this Motion in a good faith effort to resolve the issues. As a result, the undersigned counsel and Plaintiff's counsel have agreed on the resolution of this Motion, including the relief sought herein.

*/s/ Hugo L. Garcia*
HUGO L. GARCIA
Florida Bar No. 1002333

CASE NO.: 0:18-cv-63127-BB

Dated this 20th day of January, 2019.	Respectfully submitted,

>	*/s/ Hugo L. Garcia*
>	HUGO L. GARCIA
>	Florida Bar No. 1002333
>	Email:  HGarcia@NaderpourLaw.com
>	NADERPOUR AND ASSOCIATES, P.A.
>	2743 Hollywood Blvd.
>	Hollywood, FL 33020
>	Tel:  (954) 926-4233
>	Fax: (954) 926-4238
>	**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 20th day of January, 2019, by using the CM/ECF System, which will send a notice of electronic filing to all counsel, or parties, of record on the Service List below.

>	By: */s/ Hugo L. Garcia*
>	HUGO L. GARCIA
>	Florida Bar No. 1002333

CASE NO.: 0:18-cv-63127-BB

## SERVICE LIST

Jibrael Jarallah Said Hindi
Email: jibrael@jibraellaw.com
THE LAW OFFICES OF
JIBRAEL S. HINDI
110 SE 6th St.,
17th Floor
Fort Lauderdale, FL 33301
Tel.: 954-907-1136
**Attorneys for Plaintiff**