UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-63127-BB

SHLOMY HALAWANI, individually and on behalf of a class of others similarly situated,

    Plaintiff,

v.

AXZES, LLC,

    Defendant.

_____/

**CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Defendant, AXZES, LLC, hereby discloses the following pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties:

1. The name of each person, associated person, firm, partnership, or corporation that has a financial interest in the outcome of this case, including: subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    A. **SHLOMY HALAWANI**
       Jibrael Jarallah Said Hindi
       The Law Offices of Jibrael S. Hindi
       110 SE 6th St., 17th Floor
       Fort Lauderdale, FL 33301

    B. **AXZES, LLC**
       Hugo L. Garcia
       Naderpour and Associates, P.A.
       2743 Hollywood Blvd.
       Hollywood, FL 33020

The undersigned certifies that Defendant, AXZES, LLC, is a Limited Liability

CASE NO.: 0:18-cv-63127-BB

Company.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflicts of interest involving the District Judge and U.S. Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 10th day of February, 2019.     Respectfully submitted,

>*/s/ Hugo L. Garcia*                                           .
> HUGO L. GARCIA
> Florida Bar No. 1002333
> Email:  HGarcia@NaderpourLaw.com
> NADERPOUR AND ASSOCIATES, P.A.
> 2743 Hollywood Blvd.
> Hollywood, FL 33020
> Tel:  (954) 926-4233
> Fax: (954) 926-4238
> **Attorneys for Defendant**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 10th day of February, 2019, by using the CM/ECF System, which will send a notice of electronic filing to all counsel, or parties, of record on the Service List below.

By: */s/ Hugo L. Garcia*                                           .
HUGO L. GARCIA
Florida Bar No. 1002333

CASE NO.: 0:18-cv-63127-BB

## SERVICE LIST

Jibrael Jarallah Said Hindi
Email: jibrael@jibraellaw.com
THE LAW OFFICES OF
JIBRAEL S. HINDI
110 SE 6th St.,
17th Floor
Fort Lauderdale, FL 33301
Tel.:  954-907-1136
**Attorneys for Plaintiff**