**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-63127-BLOOM/Valle**

SHLOMY HALAWANI, *individually*
*and on behalf of a class of others*
*similarly situated*,

      Plaintiff,

v.

AXZES, LLC,

      Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

      **THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal with Prejudice, ECF No. [14] ("Notice"), filed on March 7, 2019. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [14]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Plaintiff;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 18-cv-63127-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 7, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record